```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT BLUEFIELD
```

DAVID BALL,

    Plaintiff,

v.                                                     CIVIL ACTION No. 1:24-00249
                                                     (consolidated with 1:24-00323)

BASIM ANTOUN, M.D.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

      In his Answer and Affirmative Defenses (ECF No. 8), defendant asks that this action be dismissed. Plaintiff filed a response to the motion to dismiss. To the extent that defendant moved for dismissal, any motion to dismiss is **DENIED** for failure to comply with Local Rule of Civil Procedure 7.1(a)(2). That rule requires that a motion to dismiss be accompanied by a supporting memorandum.

      The Clerk is directed to send copies of this Memorandum Opinion to counsel of record.

      **IT IS SO ORDERED** this 29th day of August, 2024.

                                            ENTER:

                                            David A. Faber
                                            Senior United States District Judge